IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE VELOZ, | : |
| Plaintiff, | : |
| v. | : Case No. 3:06-cv-258-KRG-KAP |
| NORFOLK SOUTHERN RAILWAY CO., | : |
| Defendant | : |

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 8, 2007, docket no. 7, recommending that the defendant's motion to dismiss, docket no. 5, be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

Upon review of the record of this matter and the Report and Recommendation, and noting the absence of timely objections thereto, the following order is entered:

AND NOW, this 27th day of June, 2007, it is

ORDERED that defendant's motion to dismiss, docket no. 5, is granted.  The Report and Recommendation is adopted as the opinion of the Court.  The Clerk shall mark this matter closed.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF